Rawlinson, Circuit Judge, concurring in part and dissenting in part: I concur in the holdings that the Administrative Law Judge (ALJ) did not err by failing to mention the Personality Assessment Inventory, or by failing to consider erosion of the occupational base. I also agree that the finding of the ALJ that the claimant could perform work existing in significant numbers is supported by substantial evidence. See Attmore v, Colvin, 827 F.3d 872, 876 (9th Cir. 2016) (setting standard). However, as discussed in my dissent to the separately filed opinion, I do not agree with the reversal of the district court’s decision on any basis. I would affirm the district court decision in its entirety. Because I would affirm the district court decision, I do not join the assessment of costs against the Commissioner.